1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  THOMAS P. MAZZUCO (CABN 139758)
   Assistant United States Attorney
5
6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7289
7  Facsimile:  (415) 436-7234
   E-mail:     tom.mazzuco@usdoj.gov
8
   Attorneys for Applicant
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No: 3:08-70494-MEJ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **SUBSTITUTION OF COUNSEL** |
| KEVIN DEMAR MCCONICO, | ) | |
| Defendant. | ) | |

The United States Attorney hereby files this Notice of Change of Counsel to advise the Court that the assigned Assistant United States Attorney for this case is now Thomas P. Mazzuco.  Future ECF notices should be sent to AUSA Thomas P. Mazzuco only, at the email address of tom.mazzuco@usdoj.gov.

DATED:  August 1, 2008            Respectfully submitted,

                                  JOSEPH P. RUSSONIELLO
                                  United States Attorney


                                  _____/s/_____
                                  THOMAS P. MAZZUCO
                                  Assistant United States Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28